# Exhibit 2:
## 01/25/2018 UM Sanction Letter



**Office of Student Conflict Resolution**

100 Student Activities Building
515 East Jefferson
Ann Arbor, MI, 48109-1316
T: 734-936-6308 | F: 734-615-8826
oscr.umich.edu

**PERSONAL AND CONFIDENTIAL**

January 25, 2018

To:     Blake Washington

From:  Sanctioning Board Members-Jennifer Piper, Dilip Das, Andrea Kopitz

Dear Mr. Washington,

On January 23, 2018, the Sanctioning Board, met to discuss the finding of responsibility in the investigative report issued by the Office for Institutional Equity.  In light of the serious behavior for which you have been found responsible and pursuant to *The University of Michigan Policy & Procedures on Student Sexual & Gender-Based Misconduct & Other Forms of Interpersonal Violence (the Policy)*, the Sanctioning Board, with the approval of the Title IX Coordinator has determined that the following sanctions and educational measures are appropriate to address the misconduct, prevent its recurrence, and remedy its effects while supporting the University's educational mission and Title IX obligations. The Sanctioning Board acknowledges that you have taken responsibility for your actions. With those goals in mind, the sanctioning board has determined that the following educational measures/sanctions are appropriate.

**Disciplinary Probation:**
While you remain enrolled at the University of Michigan, you are considered not in good standing and are placed on disciplinary probation, effective immediately. Should you be found responsible for any further violations while enrolled at the University of Michigan, including failure to comply with other sanctions and associated deadlines outlined in this letter, this probationary status will be taken into consideration in the deliberation of any future sanctions, which may include suspension.

**No Contact**
Effective immediately, you are prohibited from having any contact, on or off campus, with Kellen Smith, University of Michigan undergraduate student and her family, until graduation for Kellen Smith. No contact includes, but is not limited to, contact occurring via any of the following methods: in person (e.g., at activities, events, or classes); third party (e.g., friends, acquaintances, or family members); telephone, including text messaging; e-mail; instant messenger (such as Gmail chat); Facebook, Twitter or any other social networking site; Skype; mail, including delivery services; gifts or other materials.
In regard to U-M Athletics, the Sanctioning Board asks that the Dean of Students Office continues to provide no-contact measures for you and Kellen Smith during any athletic programming, practices, and event schedules.
Failure to honor this no contact restriction by doing everything reasonably possible to avoid contact with Kellen Smith could result in additional complaints with the University of Michigan.

**Removal from Specific Courses or Activities**
In regard to U-M classes, it remains your responsibility to dis-enroll from or change schedules in any course or section where Kellen Smith is also enrolled.
The Dean of Students Office can assist with this process whenever you are enrolling in, adding or dropping classes.

**Educational Project**
Completion of a project designed specifically to address healthy relationships and consent.
This project may be satisfied by participating in Wellness Coaching through University Health Service, or structured meetings with OSCR staff or a hybrid of the two. The proposed project needs to be approved by OSCR staff prior to start of the project.
Verification of completion of at minimum four sessions must be submitted to OSCR by April 13, 2018.

**Counseling (recommended):** The Sanctioning Board encourages you to participate in regular counseling via a provider of your choice, including free services provided by U-M Counseling and Psychological Services, or via a community or faith-based organization.

**Notification to Future Schools or Employers (Advised):**

Many undergraduate, graduate schools and employers require that applicants disclose information regarding their prior disciplinary history to the school, employer, or entity upon application or as soon as the information becomes known to the applicant.  You may have an obligation to disclose this matter in order to remain in compliance with applicable law or policy, and is advised to make this disclosure in the future as appropriate and in a manner that authentically represents the behavior for which he has been found responsible.  If the University of Michigan is contacted with questions about a student's disciplinary history, the University may need to provide appropriate information in response, as permitted by the Family Educational Rights and Privacy Act (FERPA).

**Next Steps**

If you have any questions regarding this process or how to file an appeal, please contact, Claudette Brower, Case Manager, Office of Student Conflict Resolution by calling (734) 936-6308 or emailing at cbrower@umich.edu

cc: Kellen Smith