# Exhibit 3:
## 04/30/2018 Prosecutorial Decision

| | | |
|---|---|---|
| **Officer Narrative** |  | Case No. 1790301670<br>Subject Prosecutor Denial/ Exceptional Clearance- closed<br>Entered On: 5/1/2018 8:23:05 AM<br>Entered By:  UM-0174 - Pillsbury, Margie |

**Narrative:**

INFORMATION:


On 4/30/18, APA Amy Reiser issued a denial of charges.  The denial stated "Although the suspect, Blake Washington, admits to a committing a crime (Criminal Sexual Conduct 4th Degree

contrary to MCL 750.520E1B), the victim who was sleeping at the time of the assault, has no recollection of the

assault and therefore, independent of the suspect's admission and/or confession, there is no corpus."


I notified the victim of the status.


STATUS:


Closed exceptional clearance

COPY

| | | |
|---|---|---|
| Officer Narrative Page 1 of 1 | Entered By: UM-0174 - Pillsbury, Margie<br>Case No.  1790301670 | Printed: September 20, 2019 - 9:17 AM |

For Official Use Only